600

Court of Iowa denied. *Mr. Hiram S. Hunn* for petitioner. *Mr. John G. Myerly* for respondent.

No. 47. UTAH IDAHO CENTRAL R. Co. *v.* SWANER. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James H. DeVine* and *James A. Howell* for petitioner. No appearance for respondent.

No. 50. UNION INDEMNITY Co. ET AL. *v.* FLORIDA BANK & TRUST Co. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James A. Dixon, Frederick M. Hudson, Francis M. Miller,* and *John G. McKay* for petitioners. No appearance for respondent.

No. 291. WOODWARD, RECEIVER, *v.* PENNSYLVANIA ET AL. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Russell Duane* for petitioner. No appearance for respondents.

No. 54. CRILE *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Carmi A. Thompson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.